**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 14, 2012

Lyle W. Cayce
Clerk

No. 11-51268
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ERNEST LOPEZ, also known as Neto,

Defendant-Appellant

Appeals from the United States District Court
for the Western District of Texas
USDC No. 1:11-CR-360-5

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Ernest Lopez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Lopez has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Lopez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.